**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRADITION MEDIA GROUP, LLC, ) | |
| ) | Case No. 1:21-cv-4471 |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| US BANK NATIONAL ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

**NOTIFICATION OF AFFILIATES PURSUANT TO LOCAL RULE 3.2**

Pursuant to Local Rule 3.2, Plaintiff Tradition Media Group, LLC hereby states that it has no publicly-held affiliates.

Respectfully submitted,

TRADITION MEDIA GROUP, LLC

Date: August 23, 2021      By:    /s/ Mark R. Bagley
                                                   Mark R. Bagley
                                                   Brett M. Tolpin
                                                   TOLPIN & PARTNERS, PC
                                                   100 North LaSalle Street, Suite 500
                                                   Chicago, Illinois 60602
                                                   (312) 698-8971

                                                   *Attorneys for Plaintiff Tradition
                                                   Media Group, LLC*