## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TRADITION MEDIA GROUP, LLC, | ) | |
| | ) | Case No. 1:21-cv-4471 |
| Plaintiff, | ) | |
| v. | ) | Judge John F. Kness |
| | ) | |
| US BANK NATIONAL ASSOCIATION, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendant. | ) | |

## CERTIFICATION OF DISTRIBUTION OF
## LANHAM ACT MEDIATION PROGRAM MATERIALS

The undersigned counsel hereby certifies that copies of the packet of materials describing the Northern District of Illinois Voluntary Mediation Program for Lanham Act Cases have been provided to Plaintiff Tradition Media Group, LLC and to counsel for Defendant US Bank National Association.

Respectfully submitted,

TRADITION MEDIA GROUP, LLC

Date: September 20, 2021

By: /s/ Mark R. Bagley
Mark R. Bagley
Brett M. Tolpin
TOLPIN & PARTNERS, PC
100 North LaSalle Street, Suite 500
Chicago, Illinois 60602
(312) 698-8971

*Attorneys for Plaintiff Tradition Media Group, LLC*