**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRADITION MEDIA GROUP, LLC, | ) | |
| | ) | Case No. 1:21-cv-4471 |
| Plaintiff, | ) | |
| v. | ) | Judge John F. Kness |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF MARK R. BAGLEY

I, Mark R. Bagley, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1. I am an attorney of record in this case, and I represent Plaintiff Tradition Media Group, LLC ("TMG").

2. This Declaration is based on my personal knowledge and investigations, and if called upon to do so, I would be prepared to testify as to its truth and accuracy.

3. Exhibit A contains selected pages from the transcript of the deposition of Mark Pedote, taken on June 27, 2023 in this action.

I declare upon penalty of perjury under the laws of the United States that the above statements are, to the best of my knowledge, true and accurate.

Executed on September 21, 2023, in Chicago, Illinois.

                                                                     /s/ Mark R. Bagley
                                                                      Mark R. Bagley

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing **DECLARATION OF MARK R. BAGLEY** was served via the Northern District of Illinois electronic filing system to:

      Robert D. Leighton
      Harleen Kaur
      GOLDBERG KOHN LTD.
      55 East Monroe Street, Suite 3300
      Chicago, Illinois 60603

on this 21st day of September, 2023.

                                      /s/ Mark R. Bagley
                                      Mark R. Bagley